**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

JUN 14 2019

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHARLEY ZACHARIA,<br><br>               Petitioner,<br><br>   v.<br><br>WILLIAM P. BARR, Attorney General,<br><br>               Respondent. | No.   18-71805<br><br>Agency No. A075-683-010<br><br>MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 11, 2019**

Before:    CANBY, GRABER, and MURGUIA, Circuit Judges.

Charley Zacharia, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Najmabadi v. Holder*, 597

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

F.3d 983, 986 (9th Cir. 2010).  We deny the petition for review.

The BIA did not abuse its discretion in denying Zacharia's third motion to reopen[1] as untimely and numerically barred where he filed the motion fifteen years after the BIA's final order, *see* 8 C.F.R. § 1003.2(c)(2), and he failed to establish materially changed country conditions in Indonesia to qualify for an exception to the time and number limitations for filing a motion to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi*, 597 F.3d at 990-91 (evidence must be "qualitatively different" to warrant reopening); *Go v. Holder*, 744 F.3d 604, 609 (9th Cir. 2014) (holding "that the procedural requirements specified in 8 C.F.R. § 1003.2(c) apply to CAT claims).  The record does not support Zacharia's contentions that the BIA failed to consider his evidence or otherwise erred in analyzing his claims.  *See Najmabadi*, 597 F.3d at 990-91 (the BIA adequately considered evidence and sufficiently announced its decision).

**PETITION FOR REVIEW DENIED.**

---

[1]    *See Zacharia v. Lynch*, 658 F.App'x. 318 (9th Cir. 2016).

18-71805